UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Kimberly J. Mueller
United States District Judge
Sacramento, California

RE: **Matthew Francis Donahue**
**Docket Number: 0972 2:14CR00189-001**
**PERMISSION TO TRAVEL**
**OUTSIDE THE COUNTRY**

Your Honor:

Matthew Francis Donahue is requesting permission to travel to Playa Del Carmen, Mexico. Matthew Francis Donahue is current with all supervision obligations, his special assessment is paid in full, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On May 3, 2005, Matthew Francis Donahue was sentenced for the offense(s) of 21 U.S.C. - 841(a)(1) - Possession of Cocaine with Intent to Distribute and 18 U.S.C. 2 – Aiding and Abetting.

**Sentence Imposed:** 150 months, Bureau of Prisons, 60 months Supervised Release; Mandatory testing, DNA collection, No firearms, and $100 special assessment.

**Dates and Mode of Travel:** The defendant and his family will travel by plane to this location and request to be gone from December 21 to December 28, 2017.

**Purpose:** The defendant would like to take his family on a vacation.

1

**RE:   Matthew Francis Donahue**
    **Docket Number:  0972 2:14CR00189-001**
    **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

                                Respectfully submitted,

                                /s/ Rebecca A. Fidelman

                                Rebecca A. Fidelman
                                Sr. United States Probation Officer

Dated:    September 8, 2017
          Sacramento, California


**REVIEWED BY:** _____

                George A. Vidales
                Supervising United States Probation Officer

---

## ORDER OF THE COURT

**The Court orders:**

    ☒ Approved    ☐ Disapproved

Dated:  September 12, 2017.

                                _____
                                UNITED STATES DISTRICT JUDGE